[Civil No. 692.]

CHARLES ZEIGER et al., Plaintiffs in Error, v. H. F. Mc-GOVERN, Defendant in Error.

WRIT OF ERROR from the District Court of the Fourth Judicial District in and for the County of Yavapai. R. E. Sloan, Judge.

No appearance for Plaintiffs in Error.

R. E. Morrison, Attorney for Defendant in Error.

February 2, 1899. Affirmed.

---

[Civil No. 633.]

THE OWENS WATER COMPANY, Appellant, v. THE SAGINAW SOUTHERN RAILROAD COMPANY, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Mohave. R. E. Sloan, Judge.

Edmund Burke, Attorney for Appellant.

E. M. Doe, and C. M. Frazier, Attorneys for Appellee.

February 2, 1899. Dismissed for want of prosecution.

---

[Criminal No. 129.]

JUAN SOTO, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. George R. Davis, Judge.

A. Orfila, Attorney for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

February 2, 1899. Affirmed.